FILED
DEC 15 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22 CR 710 |
| RALPH CRENSHAW, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) JUDGE CALABRESE |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant RALPH CRENSHAW, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Domestic Violence-Threats, on or about March 24, 1999, in case number 1995-CRB-032283, in Cleveland Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Browning Arms Co., Model Gold Hunter, 12 Gauge-shotgun, bearing serial number F51NR09616, a Webley, Model Mark V, .45 ACP/.45 Auto Rim-revolver, bearing serial number 143054, a Crvena Zastava, Model 70, 7.65 millimeter pistol, bearing serial number 157428, a Ruger, Model LC9, 9 millimeter-pistol, bearing serial number 321-81501, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant RALPH CRENSHAW, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.